UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

NOV 1 2 2019

Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR-19-110-BLG-SPW |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JOSEPH NATHAN SMELLS, | |
| Defendant. | |

IT IS HEREBY ORDERED that treats, meals and/or lodging be provided for the jurors in the above entitled case.

DATED 12th day of November, 2019.

*Susan P. Watters*
Honorable Susan P. Watters
United States District Judge