FILED

APR 1 6 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-110-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOSEPH NATHAN SMELLS, | |
| Defendant. | |

Pending before the Court is the unopposed motion of the United States of America for an order allowing the victims in this case to appear at the April 22, 2020, sentencing by telephone (Doc. 57).   For good cause shown,

IT IS HEREBY ORDERED that the United States' motion is **GRANTED**. The United States shall facilitate the victims' telephonic appearance at the sentencing on **Wednesday, April 22, 2020, at 2:00 p.m.** by using the following information:

Judge Watters AT&T Conference Bridge Information:
1-877-336-1828
Access code – 5803070

1

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 15th day of April, 2020.

                                                SUSAN P. WATTERS
                                                United States District Judge